[Nos. 19652-2-II; 20074-1-II.   Division Two.   May 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
TERRANCE SPAWN CURRY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-1-00002-2, Daniel J. Berschauer, J., entered May 30, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 19691-3-II.   Division Two.   May 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. AUTUMN
WALLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-8-00679-2, Paul Boyle, J., entered June 2, 1995. *Affirmed* by unpublished opinion per Roof, J. Pro Tem., concurred in by Bridgewater, A.C.J., and Morgan, J.

[No. 19797-9-II.   Division Two.   May 9, 1997.]

LANDMARK DEVELOPMENT, INC., *Respondent*, v. THE
CITY OF ROY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-2-12098-8, Terry D. Sebring, J., entered July 21, 1995. *Reversed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Seinfeld, J.

[No. 19938-6-II.   Division Two.   May 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
J. LITTLE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-02446-9, Karen L. Strombom, J., entered September 5, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong and Hunt, JJ.